O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-02138 AHM<br>USBC Central District of California at Los Angeles,<br>2:09-bk-27088-BR | Date | April 2, 2009 |
|---|---|---|---|
| Title | In re EMIR PHILLIPS | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On March 9, 2009 Appellant Emir Phillips filed a Notice of Appeal of the Order of the Bankruptcy Court dated February 24, 2009. The deadline for filing this notice of appeal was March 6, 2009. *See* Bankruptcy Rule 8002(a). The Court ORDERS Appellant to SHOW CAUSE in writing by April 10, 2009 why this appeal should not be dismissed as untimely.

|  | : |
|---|---|
| Initials of Preparer | SMO |