O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-02138 AHM<br>USBC Central District of California at Los Angeles,<br>2:09-bk-27088-BR | Date | April 13, 2009 |
|---|---|---|---|
| Title | IN RE EMIR PHILLIPS | | |

**Present: The Honorable**  A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court discharges its Order to Show Cause dated April 2, 2009. Based on Appellant's response to the Order to Show Cause, the Court finds that the untimely filing of the notice of appeal was the result of excusable neglect. *See* Fed. R. Bankr. P. 9006.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

cc: Bankruptcy Court